**BONAKDAR** LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendants RETAIL VISION, INC., dba RASMEY MARKET; CHIEU HUA HENG; SIV HUN KHOEU

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RETAIL VISION, INC., dba RASMEY MARKET; CHIEU HUA HENG; SIV HUN KHOEU<br><br>　　　　Defendants. | Case No. 17-cv-00410-DAD-SKO<br><br>**THIRD STIPULATION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; and**<br><br>**FIRST STIPULATIONTO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**ORDER**<br><br>**(Doc. 10)** |

　　　Plaintiff JOSE ACOSTA ("Plaintiff") and Defendants RETAIL VISION, INC., dba RASMEY MARKET; CHIEU HUA HENG; and SIV HUN KHOEU (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

　　　WHEREAS the Parties previously stipulated to extensions of time for Defendants to respond to the Complaint, with the present due date being June 5, 2017.

WHEREAS the Parties were, and continue to be, exploring an early resolution and settlement of this matter which resolution included an accessibility survey of the subject property conducted by Defendants, which survey was provided today to Plaintiff for review and consideration in furtherance of the Parties' settlement efforts..

WHEREAS the Parties believe it to be mutually desirable to avoid further costs of litigation by discussing, exploring, and exhausting efforts at an informal resolution;

WHEREAS the Parties wish to conserve party and court resources so that they may be applied towards a resolution;

WHEREAS the Mandatory Scheduling Conference is currently set for June 27, 2017 which will not afford the Parties time to fully explore and exhaust their ongoing settlement efforts;

WHEREAS in light of the foregoing, the Parties wish to continue the Mandatory Scheduling Conference to a date on or after July 14, 2017 at the Court's convenience in order to explore settlement.

NOW, THEREFORE, IT IS HEREBY STIPULATED that pursuant to Local Rule 144(a), Defendants' Answer or Response to Complaint, due on June 5, 2017, is now due on June 30, 2017.

IT IS FURTHER STIPULATED that the Scheduling Conference be continued to a date on or after July 14, 2017 at the convenience of the Court.

IT IS SO STIPULATED.

Date: June 5, 2017                                MISSION LAW FIRM, A.P.C/

                                                                         /s/ Zachary M. Best
                                                                         ZACHARY BEST
                                                                         Attorneys for Plaintiff

Date: June 5, 2017                                BONAKDAR LAW FIRM

/S/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendants

{Order on next page}

---

3
THIRD STIPULATION FOR EXTENSION OF TIME; and TO CONTINUE SCHEDULING CONFERENCE; ORDER

ORDER

Pursuant to the Parties' Stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants RETAIL VISION, INC., dba RASMEY MARKET; CHIEU HUA HENG; and SIV HUN KHOEU (collectively herein "Defendants"), shall have until June 30, 2017, to respond to the Complaint;

**IT IS FURTHER ORDERED** that the Scheduling Conference scheduled for June 27, 2017, is hereby continued to August 8, 2017 at 10:30 am. The Parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __**June 6, 2017**__    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE