# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | Case No. 1:17-cv-00410-DAD-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 16)** |
| RETAIL VISION, INC. dba RAMSEY MARKET, et al., | |
| Defendants. | |

On August 17, 2017, Plaintiff filed a Notice of Voluntary Dismissal, in which they notified the Court that they "voluntarily dismiss[]" the action "without prejudice against all Defendants." (Doc. 16.) Plaintiff filed this Notice before Defendants served either an answer(s) or a motion(s) for summary judgment. As such, this matter has been voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **August 18, 2017**          /s/ *Sheila K. Oberto*
                          UNITED STATES MAGISTRATE JUDGE